McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RANDALL ELLIOTT BAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:19-cv-00030-EPG<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her responsive brief. Defendant respectfully requests this extension of time because of a very heavy workload, including ten other district court due within the next month.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's responsive brief will be Monday, October 28, 2019.

Respectfully submitted,

Date: *September 27, 2019*　　　　OSTERHOUT BERGER DISABILITY LAW, LLC

By:　*/s/ Erik W. Berger\**
　　ERIK W. BERGER
　　*\* By email authorization on September 27, 2019*
　　Attorney for Plaintiff

Date: *September 27, 2019*　　　　McGREGOR W. SCOTT
　　United States Attorney

By:　*/s/ Michael K. Marriott*
　　MICHAEL K. MARRIOTT
　　Special Assistant United States Attorney
　　Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

## ORDER

Pursuant to the stipulation of the Parties (ECF No.17), and finding good cause exists, IT IS ORDERED that Defendant is granted an extension of time, to October 28, 2019, to file Defendant's responsive brief. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **September 30, 2019**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE