McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RANDALL ELLIOTT BAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:19-cv-00030-EPG<br><br>**STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF**<br><br>**(ECF No. 20)** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her responsive brief. The undersigned respectfully requests this extension because of the disruptions caused by the power outages due to the widespread fire and high winds in the bay area, as services were not restored until last night. In addition, the undersigned is taking extended leave to attend a wedding next week, and has a Ninth Circuit responsive brief to complete before his departure.

1

1 | The new due date for Defendant's responsive brief will be Wednesday, November 27,
2 | 2019.

Respectfully submitted,

Date: *October 29, 2019*     OSTERHOUT BERGER DISABILITY LAW, LLC

By:    */s/ Erik W. Berger\**
       ERIK W. BERGER
       *\* By email authorization on October 29, 2019*
       Attorney for Plaintiff

Date: *October 29, 2019*     McGREGOR W. SCOTT
                                           United States Attorney

By:    */s/ Michael K. Marriott*
       MICHAEL K. MARRIOTT
       Special Assistant United States Attorney
       Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

# ORDER

Pursuant to the stipulation of the Parties (ECF No. 20), and finding good cause exists, IT IS ORDERED that Defendant is granted an extension of time, to November 27, 2019, to file Defendant's responsive brief. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **October 29, 2019**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE